AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

OCT - 1 2019

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Valentin Lopez-Benito

## CRIMINAL COMPLAINT

Case Number: M-19-2339-M

IAE    YOB: 1987
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 29, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Valentin Lopez-Benito was encountered by Border Patrol Agents near Rio Grande City, Texas on September 29, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 29, 2019, near Rio Grande City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on January 26, 2019 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 12, 2018, the defendant was convicted of 8 USC 1326 Alien Unlawfully Found in the United States After Deportation and sentenced to six (6) months confinement.

approved by AUSA Frances E. Bleker on 10/1/2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Signature of Complainant
Kellen Meador    Border Patrol Agent

October 1, 2019   8:24 am

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer